**Charles W. PENLAND, Sr.,**
**Plaintiff–Appellant,**

v.

**CAROLINA FIRST BANK; United States of America, and its appointed trustee; Bonding Company, Defendants–Appellees.**

No. 08–7987.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 20, 2008.

Decided: Dec. 2, 2008.

Charles W. Penland, Sr., Appellant Pro Se.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Charles W. Penland, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Penland v. Carolina First Bank*, No. 6:07–cv–031090–HMH (D.S.C. Sept. 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*